**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
SERGI HERNANDEZ GRANO,

                          Petitioner,

                    -against-

KATHERINE PATRICIA MARTIN,

                          Respondent.
---------------------------------------------------------------X

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2020

19 **CIVIL** 6970 (CS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Findings of Fact and Conclusions of Law dated March 11, 2020, Grano's

petition for the return of D.H. to Spain is granted; because the Hague Convention requires the

"prompt" return of the child to the country of habitual residence, this Court will grant a stay of

return until March 25, 2020, at 5 p.m. to permit a stay application to be made to the United States

Court of Appeals for the Second Circuit, and otherwise denies a stay pending appeal.

**DATED:**  New York, New York
          March 11, 2020

                                        RUBY J. KRAJICK
                                        _____
                                        Clerk of Court
                              BY:
                                        _____
                                        Deputy Clerk

                              THIS DOCUMENT WAS ENTERED
                              ON THE DOCKET ON 3/11/2020