UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In the matter of an infant
Under the age of 16
SERGI HERNANDEZ GRANO,                               Case No. 19 cv 6970 (CS)
                                    Petitioner,
-against-                                            **ORDER**


KATHERINE PATRICIA MARTIN,
                                    Respondent.
-------------------------------------------------------------X

It is hereby ORDERED that:

1. Respondent, Katherine Patricia Martin, born May 2█ ("Respondent"), must return the parties' Child, D█ H█ born July 21█ ("the Child") to Spain by leaving New York with him on a direct, non-stop, Iberia Airlines, Flight #IB 6252, scheduled to depart New York's John F. Kennedy International Airport on August 12, 2020, at 8:30 P.M., and to arrive at the Adolfo Suarez Barajas airport in Madrid, Spain on August 13, 2020 at 9:55 a.m. From Madrid Respondent and the Child will take a connecting flight to Barcelona, Spain (flight IB 1130) scheduled to arrive in Barcelona on August 13, 2020 at 12:50 p.m. A copy of the Respondent and Child's flight reservation is annexed as Exhibit A.

2. In advance of the Child's departure for Spain the Clerk of Court is directed to transfer possession of the Child's United States passport and any other travel documents currently deposited with the Clerk's office, to the United States Marshal's Service (USMS) which shall safeguard them and act in accordance with this order.

3. Respondent shall confirm the flight arrangements discussed above for herself and the Child to Petitioner's counsel and the USMS at least 72 hours before the scheduled departure

1

from New York. Should the airline change or cancel the flight schedule described above, Respondent shall notify the USMS and Petitioner's counsel immediately, and will coordinate with them and the Court, and make arrangements to take the next available and practicable Iberia direct flight to Spain from any New York area airport. (including Newark)

4. The USMS is directed to meet Respondent and the Child at the security area in the airport in New York at least two hours before the scheduled flight. The USMS is further directed to accompany Ms. Martin and the Child through airport security and to the departure gate for the scheduled flight. The USMS is to deliver the Child's passport and travel documents to Respondent as she boards the plane, and are to remain at the gate until they have observed that the flight has departed for Spain with Respondent and the Child aboard.

5. Respondent will give the Child's passport and travel documents to Petitioner's designee upon arrival at the airport in Barcelona.

6. The Spanish Consulate in New York and other agencies of the Spanish government are respectfully requested to facilitate the travel described herein.

Dated: White Plains, New York
August 6, 2020

SO ORDERED.

_____
HON. CATHY SEIBEL
U.S.D.J.

```
AGENCIA DE VIAJES TURINTER              CODIGO DE RES.: SEOY3F
CALLE LEOPOLDO NAVARRO ;4                FECHA:          04 AGOSTO 2020
SANTO DOMINGO DO
DOMINICAN REPUBLIC                       H████████D████(Nino)
TELEFONO:    809 686-4020                MARTIN/KATHERINE
FAX:         809 688-5585
E-MAIL:      BOLETOS@TURINTER.COM


VUELO        IB 6252 - IBERIA                              MIE 12 AGOSTO 2020
             OPERADO POR: IBERIA, IB
-------------------------------------------------------------------------------
SALIDA:      NEW YORK, NY (JOHN F KENNEDY INTL), TERMINAL 7    12 AGO 08:30P
LLEGADA:     MADRID, ES (ADOLFO SUAREZ BARAJAS), TERMINAL 4S - 13 AGO 09:55A
             4S
             LOCALIZADOR AEROLINEA: IB/HPFM7
             RESERVA CONFIRMADA, ECONOMICA (H)                 DURACION: 07:25
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
             COMIDA:              CENA/DESAYUNO


SIN PARADAS  NEW YORK, NY A MADRID
             EQUIPO:              AIRBUS INDUSTRIE A330


VUELO        IB 1130 - IBERIA                              JUE 13 AGOSTO 2020
             OPERADO POR: IBERIA, IB
-------------------------------------------------------------------------------
SALIDA:      MADRID, ES (ADOLFO SUAREZ BARAJAS), TERMINAL 4 -  13 AGO 11:30A
             T4
LLEGADA:     BARCELONA, ES (AIRPORT), TERMINAL 1              13 AGO 12:50P
             LOCALIZADOR AEROLINEA: IB/HPFM7
             RESERVA CONFIRMADA, ECONOMICA (H)                 DURACION: 01:20
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
             COMIDA:              COMIDA Y BEBIDA DE PAGO


SIN PARADAS  MADRID A BARCELONA
             EQUIPO:              AIRBUS A320


EL CALCULO MEDIO DE EMISIONES DE CO2 DURANTE EL VUELO ES 381.66 KG/PERSONA
FUENTE: ICAO CALCULADORA DE EMISIONES DE CARBONO
http://www.icao.int/environmental-protection/CarbonOffset/Pages/default.aspx

HTTPS://BAGS.AMADEUS.COM?R=SEOY3F&N=H████████
HTTPS://BAGS.AMADEUS.COM?R=SEOY3F&N=MARTIN


INFORMACION GENERAL
-------------------------------------------------------------------------------

             ********************ESTIMADO CLIENTE********************
             * SOMOS MIEMBROS DE MILLAS DEL BANCO POPULAR DOMINICANO *
               * VERIFICAR QUE TODOS LOS DATOS ESTEN CORRECTAMENTE *
             *PRESENTARSE EN EL AEROPUERTO 3 HORAS ANTES DE LA SALIDA*
                   * EN CASO DE EMERGENCIA SE PUEDE COMUNICAR CON *
                 * RAFAEL (829) 760-6826 O JACQUELINE (829) 760-6825 *
                 * TARIFA AEREA Y CARGO POR SERVICIO NO REEMBOLSABLES *
                       * GRACIAS POR PREFERIR NUESTROS SERVICIOS *
                     * TURINTER L,ALIANXA LES DESEA UN FELIZ VIAJE *
                 ****************** RNC-1-01-09609-8 ******************

VERIFIQUE SU VIAJE ONLINE
CLICK HERE MARTIN KATHERINE
```

Aviso de protección de datos: sus datos personales se procesarán de acuerdo con la política de privacidad del proveedor correspondiente y, si su reserva se realiza a través de un proveedor del sistema de reservas ("GDS"), con su política de privacidad. Estas políticas se pueden consultar en o desde el operador o GDS directamente. Debe leer esta documentación, que se aplica a su reserva y describe, por ejemplo, cómo se recopilan, almacenan, usan, publican y transfieren sus datos personales. (También aplicable para itinerarios que incluyen múltiples aerolíneas)