UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In the matter of an infant
Under the age of 16

SERGI HERNANDEZ GRANO,                          Case No. 19 cv 6970 (CS)

                            Petitioner,         **ORDER**

-against-

KATHERINE PATRICIA MARTIN,

                            Respondent.
---------------------------------------------------------------X

It is hereby ORDERED that:

1. Respondent, Katherine Patricia Martin, born May ███ ("Respondent"), must return the parties' Child, D███ H███, born July ███, ("the Child") to Spain by leaving New York with him on a direct, non-stop, Iberia Airlines, Flight #IB 6252, scheduled to depart New York's John F. Kennedy International Airport on August 19, 2020, at 8:30 P.M., and to arrive at the Adolfo Suarez Barajas airport in Madrid, Spain on August 20, 2020 at 9:55 a.m. From Madrid Respondent and the Child will take a connecting flight to Barcelona, Spain scheduled to arrive in Barcelona on August 20, 2020. A copy of the flight itinerary will be distributed to the parties and the Court at least 24 hours before departure.

2. The United States Marshals Service (USMS) is in possession of the Child's US Passport and will safeguard it and act in accordance with this order.

3. Respondent shall confirm the flight arrangements discussed above for herself and the Child to the Court, to Petitioner's counsel and to the USMS at least 72 hours before the scheduled departure from New York. Should the airline change or cancel the flight schedule

1

described above, Respondent shall notify the Court, the USMS and Petitioner's counsel immediately and will coordinate with them, and make arrangements to take the next available and practicable Iberia direct flight to Spain from any New York area airport, including Newark.

4. In advance of the travel, counsel for the parties shall work cooperatively to obtain an original document from the Spanish Consulate in New York that will allow Ms. Martin and the child to travel to and enter Spain as per this order.  Copies of the document should be provided to counsel for the parties and the USMS as soon as possible. A certified or original copy of the authorization document should also be provided to the Court by the parties.

5. Counsel for the parties will jointly communicate with Iberia Airlines as soon as possible after obtaining the written entry authorization referenced immediately above in order to assure that the travel of Respondent and the Child to Spain will be permitted by the airline.  If at all possible, Iberia shall confirm in writing that travel of Respondent and the Child will be permitted.

6. The USMS is directed to meet Respondent and the Child at the airport in New York at least two hours before the scheduled flight. The USMS is further directed to accompany Ms. Martin and the Child through airport security and to the departure gate for the scheduled flight. The USMS is to deliver the Child's passport and travel documents to Respondent as she boards the plane and are to remain at the gate until USMS has observed that the flight has departed for Spain with Respondent and the Child aboard.

7. Respondent will give the Child's passport and travel documents to Petitioner's designee upon arrival at the airport in Barcelona.

8. The Spanish Consulate in New York and other agencies of the Spanish government are respectfully requested to facilitate the travel described herein. The purpose of this order is to facilitate the return of a three-year-old child to Spain pursuant to the United States' treaty obligations with Spain under the Convention on Civil Aspects of International Child Abduction done at the Hague on 25 October 1980, and applicable law.

Dated: New York, New York
       August 14, 2020

SO ORDERED

_____
HON. CATHY SEIBEL
U.S.D.J.