UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRANO,

                              Petitioner,

        - *against* -

MARTIN,

                              Respondent.

**ORDER**

19 Civ. 6970 (CS)(PED)

**PAUL E. DAVISON, U.S.M.J.:**

Petitioner's Motion for Attorney's Fees and Costs having been referred to the undersigned for a Report and Recommendation, it is hereby

**ORDERED**, that Respondent's opposition to the motion, if any, shall be filed no later than September 28, 2020; and it is further

**ORDERED**, that any reply shall be filed no later than October 5, 2020.

Dated: September 14, 2020
       White Plains, New York

SO ORDERED

_____
Paul E. Davison, U.S.M.J.